In the Matter of the Investigation of the FINANCIAL AFFAIRS
OF THE TOWN OF HEMPSTEAD.

GEORGE W. SMITH, as Supervisor, et al., Appellants; JOHN
LYON et al., Respondents.

*Matter of the Town of Hempstead,* 36 App. Div. 321, affirmed
(Argued October 2, 1899; decided October 17, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 9, 1899, modifying and, as modified, affirming an order
of Special Term confirming the report of experts appointed to
investigate the financial affairs of the town of Hempstead.

*J. Newton Fiero* for appellants.

*Thomas Young* for respondents.

Order affirmed, with costs, on opinion below.
All concur.

---

In the Matter of the Application of FREDERIC HALL WHITE,
an Infant, for the Appointment of a General Guardian.

METCALF B. HATCH et al., Appellants; THE LONG ISLAND
LOAN AND TRUST COMPANY, Respondent.

*Matter of White,* 40 App. Div. 165, affirmed.
(Argued October 2, 1899; decided October 17, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, made May
2, 1899, affirming an order of Special Term vacating an order
appointing a guardian of the property of an infant, and
appointing another in his place.

*Delano C. Calvin* for appellants.

*George S. Ingraham* for respondent.

Order affirmed, with costs, on opinion below.
All concur.